RAKOFF, S.

Michael J. DiMattia (MJD-0473)
Philip A. Goldstein (PAG-0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

YING J. CHEN, ZHUO Z. LIN, ZHI L. CHEN, BIN
ZHENG, SHENG X. CHEN, MIN Y. CAI, MAN F.
YUNG, XIAN Y. OU, JIAN H. WU, WEI X. LIANG,
QIA S. LI, JIA R. ZHAO, XIAN Q. CHEN, CHUN YAU,
QIA H. LI, YAO H. ZOU, PAUL WONG, JIAN M. WU,
DONG Q. CHEN, YECK K. MUI, QIU L. WANG, MAO
C. CHENG, LONG FANG, YE Y. LIANG, JIAN Q. YU,
CHEE K. TSANG, ZHAO Y. ZHU AND YI C. CHEN,

　　　　　　　　　　　Plaintiffs,

　　　　-against-

JING FONG RESTAURANT, INC., SHUI LING LAM,
YAU MING LAM, CHUN TSUI, CHUNG KO CHENG,
POK MAN LEUNG, CHEN KWOK CHENG,

　　　　　　　　　　　Defendants.

---------------------------------------------------------------x

ECF

07 CV 3908 (JSR)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-07

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Ying J. Chen; Zhuo A. Lin, Zhi L. Chen, Bin Zheng, Sheng X. Chen, Min Y. Cai, Man Y. Yung, Xian Y. Ou, Jian H. Wu, Wei X. Liang, Qia S. Li, Jia R. Zhao, Xian Q. Chen, Chun Yau, Qia H. Li, Yao H. Zou, Paul Wong, Jian M. Wu, Dong Q. Chen, Yeck K. Mui, Qiu L. Wang, Mao C. Cheng, Long Fang, Ye Y. Liang, Jian Q. Yu, Chee K. Tsang, Zhao Y. Zhu and Yi C. Chen and counsel for Defendants Jing Fong Restaurant, Inc., Shui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng, that the time for

\4590457.1

Defendants to answer, move, object or otherwise respond to Plaintiff's Complaint in this action is hereby extended to and including July 2, 2007.

Dated: New York, New York
June 1, 2007

Michael J. DiMattia (MJD0473)
Philip A. Goldstein (PAG0908)
MCGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

Daniel L. Alterman (DA0454)
ALTERMAN & BOOP, LLP
35 Worth Street
New York, New York 10013
(212) 226-2800
Attorneys for Plaintiffs

Kenneth Kimerling (KK5762)
Asian American Legal Defense and Education Fund
99 Hudson Street
New York, New York 10013
(212) 966-5932
Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J.
6-5-07

\\590457.1

Defendants to answer, move, object or otherwise respond to Plaintiff's Complaint in this action is hereby extended to and including July 2, 2007.

Dated: New York, New York
       June 1, 2007

_____                _____
Michael J. DiMattia (MJD0473)                    Daniel L. Alterman (DA0454)
Philip A. Goldstein (PAG0908)                    ALTERMAN & BOOP, LLP
MCGUIREWOODS LLP                                 35 Worth Street
1345 Avenue of the Americas, 7th Floor           New York, New York 10013
New York, New York 10105-0106                    (212) 226-2800
(212) 548-2100                                   Attorneys for Plaintiffs
Attorneys for Defendants

                                                 _____
                                                 Kenneth Kimerling (KK5762)
                                                 Asian American Legal Defense and Education Fund
                                                 99 Hudson Street
                                                 New York, New York 10013
                                                 (212) 966-5932
                                                 Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J.

2

\4880487.1

06/01/2007 16:14 FAX
McGuireWoods LLP          6/1/2007 1:36   PAGE 004/004   Fax Server          ☒003/003

Defendants to answer, move, object or otherwise respond to Plaintiff's Complaint in this action is hereby extended to and including July 2, 2007.

Dated: New York, New York
       June 1, 2007

Michael J. DiMattia (MJD0473)
Philip A. Goldstein (PAG0908)
MCGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

Daniel L. Alterman (DA0454)
ALTERMAN & BOOP, LLP
35 Worth Street
New York, New York 10013
(212) 226-2800
Attorneys for Plaintiff

Yolanda _____ (_____)
Asian American Legal Defense and Education Fund
99 _____ Street
New York, New York 10013
(212) 966-5932
Attorneys for Plaintiff

SO ORDERED:

_____
U.S.D.J.

2