Michael J. DiMattia (MD-0473)
Philip A. Goldstein (PAG-0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
YING J. CHEN, ZHUO Z. LIN, ZHI L. CHEN, BIN, : ECF
ZHENG, SHENG X. CHEN, MIN Y. CAI, MAN F. :
YUNG, XIAN Y. OU, JIAN H. WU, WEI X. LIANG, : Case. No. 07 Civ. 3908 (JSR)
QIA S. LI, JIA R. ZHAO, XIAN Q. CHEN, CHUN :
YAU, QIA H. LI, YAO H. ZOU, PAUL WONG, : **DEFENDANTS RULE 7.1**
JIAN M. WU, DONG Q. CHEN, YECK K. MUI, QIU : **DISCLOSURE**
L. WANG, MAO C. CHENG, LONG FANG, YE Y. : **STATEMENT**
LIANG, JIAN Q. YU, CHEE K. TSANG, ZHAO Y. :
ZHU AND YI C. CHEN, :
:
         Plaintiffs, :
:
    v. :
:
JING FONG RESTAURANT, INC., SHUI LING :
LAM, YAU MING LAM, CHUN TSUI, CHUNG KO :
CHENG, POK MAN LEUNG, CHEN KWOK :
CHENG, :
:
         Defendants. :
-------------------------------------------------------------------- X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants Jing Fong Restaurant, Inc., Shui Ling Lam, Yau Ming Lam, Chun Tsui, Chung Ko Cheng, Pok Man Leung, and Chen Kwok Cheng (non-governmental parties) certifies that Defendants do not have corporate parents, subsidiaries, or affiliates which are publicly held.

\4600186.1

Dated: July 2, 2007
      New York, New York

                                  McGUIREWOODS LLP

By: _____
         Michael J. DiMattia (MD-0473)
         Philip A. Goldstein (PAG-0908)
         McGuireWoods LLP
         1345 Avenue of the Americas, 7th Floor
         New York, New York 10156-0106
         Counsel for Defendants

\4600186.1