UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
YING J. CHANG, et al.,                         NOTICE OF APPEARANCE

          Plaintiffs

                                       07-CV-3908 (JSR)

JING FONG RESTAURANT, et al.,

          Defendants
------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear for all Plaintiffs herein and demand that you serve all papers in this case on the undersigned attorneys at the address provided below.

Dated:    New York, New York
            July 11, 2007

                                                            Yours etc.,

                                                            ALTERMAN & BOOP, P.C.
                                                            *Attorneys for Plaintiffs*

                                                            ARLENE F. BOOP (AB-9138)
                                                            MATTHEW S. PORGES (MP-5826)
                                                            35 Worth Street
                                                           New York, New York 10013
                                                           (212) 226-2800 (Phone)
                                                           (212) 431-3614 (Facsimile)