```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
YING J. CHEN, et al.,               :
                                    :
              Plaintiffs,           :    07 Civ. 3908 (JSR)
                                    :
      -v-                           :          ORDER
                                    :
JING FONG RESTAURANT, INC., et al., :
                                    :
              Defendants.           :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, see transcript, 7/19/07, this action is hereby consolidated on consent of the parties with Hai Ming Lu v. Jing Fong Restaurant, Inc., 06 Civ. 2657 (JSR) ("Jing Fong I"). Accordingly, the case management plan entered today will govern both actions. The Court intends to issue its bottom line ruling in Jing Fong I by no later than July 27, 2007 and its full opinion in that case by no later than August 31, 2007.

    SO ORDERED.

                                                          _____
                                                          JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 19, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-20-07
```