UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
YING J. CHEN et al.,                 :
                                     :
            Plaintiffs,              :        07 Civ. 3908 (JSR)
                                     :
            -v-                      :              ORDER
                                     :
JING FONG RESTAURANT, INC. et al.,   :
                                     :
            Defendants.              :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-2-07

        Confirming the orders the Court issued by joint telephone
conferences on September 24 and 25, 2007, all discovery previously
taken in Hai Ming Lu et al. v. Jing Fong Restaurant, Inc. et al., 06
Civ. 2657 (JSR) ("Jing Fong I") is applicable to the above-captioned
case ("Jing Fong II").  For that reason, Plaintiffs' deposition of
any person whose deposition was previously taken in Jing Fong I is
limited to 2 hours per witness, or 3 hours per witness if the witness
requires translation.  If plaintiffs wish to depose any witnesses who
were not deposed in connection with Jing Fong I, but who are
employees or owners of the Jing Fong Restaurant, such deposition
shall be limited to 3.5 hours, or 4.5 hours if the witness requires
translation.  If defendants wish to depose any new plaintiff, such
deposition is similarly limited to 3.5 hours, or 4.5 hours if the
witness requires translation.  Any new third party witness may be
deposed for no more than 7 hours, regardless of whether the witness
requires translation.

        All discovery due from defendants in connection with Jing Fong I
must be delivered to Jing Fong II plaintiffs by 5 p.m. on Wednesday,

September 26, 2007.  All document discovery demands not previously made must be made by October 1, 2007.  All responses to outstanding discovery demands, including such new demands, must be made by October 15, 2007.  All depositions must be completed by October 29, 2007.  Moving papers for any summary judgment motion must be served by November 13, 2007.  Answering papers must be served by November 29, 2007.  Reply papers must be served by December 6, 2007.  The final pre-trial conference in this matter is hereby firmly scheduled for December 13, 2007 at 4 p.m.


     SO ORDERED.

                                    JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
          October 1, 2007