Rakoff/s

12/13/2007 12:40 FAX @002/003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
YING J. CHEN et al.                  :   Index. No. 07 CV 3908 (JSR)
                                     :
            Plaintiffs,              :   STIPULATION OF
                                     :   DISMISSAL
       v.                            :
                                     :
JING FONG RESTAURANT, INC. et al.,   :
                                     :
            Defendants.              :
                                     :
------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
       December 13, 2007

ASIAN AMERICAN LEGAL DEFENSE        McGUIREWOODS LLP
AND EDUCATION FUND
                                    By: _____
By: _____             Michael J. DiMattia, Esq. (MJD-0473)
    Kenneth Kimerling, Esq. (KK-5762)   1345 Avenue of the Americas, 7th Floor
    99 Hudson Street, 12th Floor        New York, New York 10105
    New York, New York 10013            (212) 548-2100
    (212) 966-5932
                                    *Attorneys for Defendants*
*Attorneys for Plaintiffs*

SO ORDERED
Dated: December 14, 2007

_____
JED S. RAKOFF
U.S.D.J.

\4936084.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-07